IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

ALLA ARTEMYEVA
Plaintiff(s),

vs.

COSTCO WHOLESALE CORPORATION
Defendant(s).

CASE NO. 3AN-08-_____

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: COSTCO WHOLESALE CORPORATION

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) DENNIS M NESTAS, whose address is: 745 W 4th Avenue, Suite 606, Anchorage AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant - (see caption above)

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge Stowers and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

_____
Date

By: _____
Deputy Clerk

I certify that on _____ a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

Alla Artemyeva, )
)
        Plaintiff, )
)
vs. ) Case No. 08-8144
)
Costco Wholesale Corporation, )
)
        Defendants. )
_____ )

## COMPLAINT

Comes now, Plaintiff Alla Artemyeva, and complains and avers against Defendant Costco Wholesale Corporation as follows:

1. At all times herein the Plaintiff Alla Artemyeva was and is a resident of Anchorage, Alaska in the Third Judicial District.

2. At all times alleged herein Defendant Costco Wholesale Corporation (hereinafter Costco) was and is a business incorporated in Alaska, doing business in Anchorage, Alaska at several locations, including at 330 West Dimond Boulevard.

3. Costco's store on West Dimond Boulevard was and is a warehouse-style establishment wherein goods are often stacked on wooden pallets on an open warehouse floor, in addition to goods being stacked on shelves within aisles, as is the practice in non-warehouse-style stores. The pallets were and are commonly at the end of a row of shelving and in the open area of the warehouse-style store. Customers are intended to walk by and very near the wooden pallets that form part of the very large aisles in the open warehouse area of the store.

Complaint
Page 1 of 4

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

4. The pallets are used by manufacturers, suppliers, distributors, and Costco to transport goods to the various Costco stores in Alaska and elsewhere. Costco then uses forklifts to transport the pallets with large quantities of goods on them within the warehouse-style stores themselves. Some pallets can then be located on the open floor area of a store, where the goods can then be made available to customers without having to stack them on shelves. This method of transportation of goods on pallets in the warehouse stores and location of goods on pallets within the Costco warehouse stores is one of the competitive advantages that Costco has over traditional aisle and shelve style stores.

5. It is well known in warehouse businesses and in businesses transporting goods with the use of wooden pallets that they can be easily damaged in transit, damaged when being raised, lowered, or moved by forklifts, or pallets may degrade through use. It is common that damaged or degraded pallets may have large wooden splinters and/or wooden pieces that may protrude from the pallets. It is well known that damaged or degraded wooden pallets can constitute a hazard to people walking near them, and particularly in a warehouse-style store where customers are required to walk near wooden pallets to obtain goods on and near the pallets. Small pallet splinters may become larger and dangerous due to encounters with a customer's cart or a store cart, as the wooden pallets are relatively fragile and cheap lumber.

6. On Jan. 28, 2007, Plaintiff Alla Artemyeva was a customer walking on the open floor area of the Costco store on West Dimond Boulevard, intending to turn a corner around goods stacked on a wooden pallet. This pallet was at the end of an aisle area in the open warehouse area of the store. No warnings of any kind were posted or given to Plaintiff or other customers to inform them of any dangers associated with the wooden pallets.

Complaint
Page 2 of 4

7. As she walked by the pallet the Plaintiff unexpectedly encountered a large pallet splinter near the floor which caused her to trip, lose her footing, and fall on her knees and hands. She was injured, including suffering neck, torso, right knee, and right hand injuries.

8. The presence of the pallet splinter and its intrusion into the walking area of the store where customers could be endangered by it was negligent conduct. Costco's negligence includes, but is not limited to: causing a splinter while transporting the pallet and/or failing to detect the pre-existing splinter, and/or failing to detect a splinter that worsened due to encounters with customers or store personnel and/or carts used by them. Costco failed to adequately inspect and assure the pallet and the walking area near the pallet was safe for customers including Plaintiff.

8. Plaintiff Alla Artemyeva is a highly trained, accomplished, and professional concert pianist. She derives her living by teaching piano and by performances. In spite of medical treatment, including a surgical procedure, her hand injury has resulted in limited use of the hand, so that she is now unable to perform or demonstrate advanced piano technique to students as she could before the injury.

9. As a direct and proximate result of the negligent conduct of Defendant Costco, Plaintiff has suffered economic and non-economic damages including past loss of income, future loss of income, past medical expenses and future medical expenses, past and future pain and suffering, past and future disability, and past and future emotional distress and loss of enjoyment of life. These damages are in excess of $100,000 the exact amount to be determined at trial.

Complaint
Page 3 of 4

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

WHEREFORE, Plaintiff prays for monetary relief as follows:

1. For monetary damages in excess of $100,000 as may be determined at trial.

2. For costs, interest, and attorney fees.

3. For such other and further relief as the court may order under the circumstances.

**DATED** this 9th day of June, 2008.

LAW OFFICES OF DENNIS M. MESTAS, P.C.
Attorney for Plaintiff

By: _____
Dennis M. Mestas
ABA No. 7505028

Artemyeva\Pleading\Complaint.doc

Complaint
Page 4 of 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ALLA ARTEMYEVA,                )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
COSTCO WHOLESALE CORPORATION,  )
                               )
            Defendant.         )
_____) Case No. 3AN-08-8144 CI

### ENTRY OF APPEARANCE

Holmes Weddle & Barcott, P.C., hereby enters its appearance on behalf of Defendant Costco Wholesale Corporation and requests that copies of any and all pleadings be mailed to the firm at 701 West Eighth Avenue, Suite 700, Anchorage, Alaska, 99501-3408.

Dated this 20th day of June 2008, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant
Costco Wholesale Corporation

By: /s/ Randall J. Weddle
Randall J. Weddle
Alaska Bar No. 7206034

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via mail this 20th day of June 2008 on:

Dennis M. Mestas
745 West 4th Avenue, #306
Anchorage, AK 99501

X:\1399\ArtemyevaEOA.doc

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ALLA ARTEMYEVA )
)
        Plaintiff, )
)
v. )
)
COSTCO WHOLESALE CORPORATION, )
)
        Defendant. )
_____) Case No. 3AN-08-8144 CI

### AFFIDAVIT OF SERVICE

STATE OF ALASKA )
) ss:
THIRD JUDICIAL DISTRICT )

    I, Joyce A. Ekstrand, being duly sworn upon oath, deposes and states:

    1. I am employed by the firm of Holmes Weddle & Barcott, P.C.

    2. On the 20th day of June, 2008, I served a true and correct copy of the Notice of Removal (originally filed in the US District Court) on the Superior Court, Third Judicial District at Anchorage, Alaska.

    DATED this 20th day of June, 2008.

                              _____
                              Joyce A. Ekstrand

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

SUBSCRIBED AND SWORN to before me this 20th day of June, 2008.

*[Notary seal: MARCIA HILL, NOTARY PUBLIC, STATE OF ALASKA]*

_____
Notary Public in and for the
State of Alaska
My Commission expires: 9/17/2011

I hereby certify that a true and correct copy of the foregoing was served via mail this 20th day of June, 2008 on:

Dennis Mestas
745 W. 4th Avenue, #306
Anchorage, AK 99501

_____

X:\1399\ArtemyevaAOS.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

*Artemyeva v. Costco Wholesale*
Affidavit of Service

Case No.: 08-8144 CI
Page 2

ALLA ARTEMYEVA, )
)
        Plaintiff, )
)
v. )
)
COSTCO WHOLESALE CORPORATION, )
)
        Defendant. )
_____ ) Case No. 3AN-08-8144 CI

### STATEMENT OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, on June 20, 2008, notice of removal of the above-entitled matter from the Superior Court for the State of Alaska, Third Judicial District, at Anchorage, was filed in the United States District Court for the District of Alaska. A copy of the Notice of Removal is attached for filing in the Superior Court.

DATED this 20th day of June 2008, at Anchorage, Alaska.

                            HOLMES WEDDLE & BARCOTT, PC
                            Attorneys for Defendant,

                            By: _____
                            For Randall J. Weddle
                            ABA No. 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via mail this 20th day of June 2008 on:

Dennis M. Mestas
745 W. 4th Avenue, #306
Anchorage, AK 99501

*[signature]*

X:\1399\artemyevaStateCt RemovalNTC.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALLA ARTEMYEVA            )
                          )
            Plaintiff,    )
                          )
v.                        )
                          )
COSTCO WHOLESALE CORPORATION, )
                          )
            Defendant.    )
_____)USDC No. 3:08-_____-____

NOTICE OF REMOVAL

Defendant Costco Wholesale Corporation hereby provides notice of removal of this action from the Superior Court for the State of Alaska, Third Judicial District of Alaska, pursuant to 28 U.S.C. §§1332, 1441 and 1446. In support of this notice, defendant asserts:

1. Costco Wholesale Corporation is a defendant in a civil action commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, entitled *Alla Artemyeva v. Costco Wholesale Corporation*, Case No. 3AN-08-8144 CI. This is a complaint for damages in connection with an alleged incident on January 28, 2007, and was filed

*Artemyeva v. Costco Wholesale Corp.*          USDC Case No. 3:08-_____
NOTICE OF REMOVAL
X:\1399\22561\pld\ArtemyevaFedCtRemovalNTC.doc
Page 1

in the Superior Court on June 9, 2008. Copies of pertinent process and pleadings served upon defendant are attached hereto as Exhibit A.

2. This notice is timely under 28 U.S.C. §1446 in that it is made within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based. Costco Wholesale Corporation received a copy of the initial pleading on June 13, 2008.

3. Upon information and belief, plaintiff is a citizen of the State of Alaska.

4. At the time that the plaintiff instituted this suit, defendant Costco Wholesale Corporation is a citizen of the State of Washington, in that it is a corporation organized under the laws of the State of Washington.

5. There is complete diversity of citizenship among the parties.

6. The amount in controversy exceeds $75,000 exclusive of interest, costs, and attorney's fees, according to allegations in plaintiff's complaint.

7. Defendant has served a copy of this notice of removal on the adverse party and has served a statement of filing of notice of removal on the Superior Court for the

*Artemyeva v. Costco Wholesale Corp.*　　　　　USDC Case No. 3:08-_____
NOTICE OF REMOVAL
X:\1399\22561\pld\ArtemyevaFedCtRemovalNTC.doc
Page 2

Case 3:08-cv-00141-JWS    Document 1-2    Filed 06/23/08    Page 12 of 13    A   Pg 12

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

State of Alaska, Third Judicial District at Anchorage, attached as Exhibit B.

       8.    The service list for this action is attached as Exhibit C.

       DATED this 20th day of June 2008, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, PC
> Attorneys for Defendant
>
> By: s/ Randall J. Weddle
> Randall J. Weddle
> 701 West 8th Avenue, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Rweddle@anc.hwb-law.com

### CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of June 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis M. Mestas
745 West 4th Avenue, #306
Anchorage, AK 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Dennis M. Mestas
745 West 4th Avenue, #306
Anchorage, AK 99501

> s/ Randall J. Weddle
> Randall J. Weddle

*Artemyeva v. Costco Wholesale Corp.*    USDC Case No. 3:08-____
NOTICE OF REMOVAL
X:\1399\22561\pld\ArtemyevaFedCtRemovalNTC.doc
Page 3

Case 3:08-cv-00141-JWS   Document 1-2   Filed 06/23/08   Page 13 of 18   Exh A, Pg 13