IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLA ARTEMYEVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| _____ | )USDC No. 3:08-cv-141 |

ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE

The court having reviewed the parties' Stipulation for Dismissal with Prejudice, hereby **GRANTS** the parties' stipulation and hereby **ORDERS** that above-referenced matter is hereby dismissed with prejudice with each party to bear their own costs and attorney fees.

Dated this 19th day of November 2009.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE